# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JASON ELLSWORTH, et. al.<br><br>Defendants. | Case No.: 20-cr-02974-CAB<br><br>**ORDER CONTINUING MOTION HEARING / TRIAL SETTING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

For reasons stated in the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendants in a speedy trial.

In addition, given the grave public-health concerns discussed in Orders of the Chief Judge, denial of a continuance is likely to deny all counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS HEREBY ORDERED that the joint motion is granted. The motion hearing/trial setting set for July 16, 2021 shall be continued to September 17, 2021 at 10:30 a.m.

IT IS FURTHER ORDERED that the time between the filing of the joint motion until September 17, 2021, be deemed excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7) and 3161(h)(8), in addition to any time excludable, pursuant to 18 U.S.C. § 3161(h)(1)(F), resulting from pretrial motions already filed.

IT IS SO ORDERED.

DATED: July 14, 2021.

_____
The Honorable Cathy Ann Bencivengo
United States District Judge